**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6250**

STEVEN ABIODUN SODIPO,

             Plaintiff - Appellant,

      v.

MARYLAND STATE BOARD OF PHARMACY,

             Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Benson Everett Legg, District Judge.
(1:09-cv-03388-BEL)

Submitted:  July 22, 2010          Decided:  July 30, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Steven Abiodun Sodipo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Abiodun Sodipo seeks to appeal the district court's order denying his motion for a preliminary injunction preventing the Maryland State Board of Pharmacy ("Board") from revoking his pharmacy license following his criminal convictions. As the Board has since issued a final order revoking Sodipo's license, however, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

DISMISSED